WILLIAMS & GUMBINER LLP
Joel P. Gumbiner (111586)
Bartlett H. Williams (333908)
1010 B Street, Suite 200
San Rafael, CA  94901
(415) 755-1880
joel@insuredlaw.com
bwilliams@williamsgumbiner.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GRAMMENS AND JOANNE POWELL,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANKERS STANDARD INSURANCE COMPANY, a Pennsylvania corporation, MADSEN KNEPPERS AND ASSOCIATES, INC., and DOES 1-50 INCLUSIVE,<br><br>　　　　　Defendants. | Case No:  21-CV-06427 - WHO<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: May 17, 2021 |

      The parties stipulate that the hearing for MKA International, Inc's. F/K/A Madsen Kneppers and Associates, Inc. motion to dismiss certain causes of action or the complaint pursuant to FRCP 12(B)(6) shall be heard at least two weeks after January 26, 2022, when the reply is due.

DATED: January 12, 2022            WILLIAMS & GUMBINER LLP

_____
JOEL P. GUMBINER
BARTLETT H. WILLIAMS
Attorneys for Plaintiff

DATED:            COZEN O'CONNOR

_____
DINA R. RICHMAN
ALICIA M. GURRIES
Attorneys for Defendant
Bankers Standard Ins. Co.

DATED:            LITCHFIELD LAW PC

_____
SHARON SANNER MUIR
Attorneys for Defendant Madsen Kneppers and Associates

      IT IS SO ORDERED. The hearing is set for February 9, 2022 at 2 p.m.

Dated: January 12, 2022           _____
Hon. William H. Orrick
UNITED STATES DISTRICT COURT JUDGE

\\wg-server\firmdocs\JGFiles\CLIENT DOCUMENTS\Grammens, Edward\LITIGATION\Law and Motion\2022-01-11 Stipulation.docx